UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DALE HENDERSON,           )<br>                          )<br>    Plaintiff          )<br>                          )<br>    v.                    )     Civil Action  No.<br>                          )<br>LASER SPINE INSTITUE, LLC )<br>                          )<br>    and                   )<br>                          )<br>STEFAN PRADA,             )<br>                          )<br>    Defendants            ) | |

**DEFENDANTS' NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1446(a), (b)**

    NOW COME the Defendants, Laser Spine Institute, LLC ("LSI") and Stefan Prada ("Dr Prada"), by and through their counsel, Gross, Minsky & Mogul, P.A., and hereby give Notice of Removal of the above action, which is currently pending in the courts of the State of Maine, pursuant to 28 U.S.C. § 1446(a), (b):

    1.    LSI and Dr. Prada are defendants in a civil action commenced on December 2, 2010, in the Penobscot County Superior Court for the State of Maine, which action bears Docket No. CV-10-204.  Pursuant to the provisions of Section 1441 and 1446 of Title 28 of the United States Code, Defendants hereby remove said action to the United States District Court for the District of Maine.

    2.    The grounds for removal are as follows:

        a.    On December 2, 2010, Plaintiff filed a summons and complaint in the Penobscot County Superior Court for the State of Maine, which matter now bears Docket No. CV-10-204.

        b.    There is complete diversity of citizenship between Plaintiff and Defendants in this action because:

            i.   Plaintiff is an individual who is a citizen of the State of Maine.

            ii.  Defendant Stefan Prada is an individual who is a citizen of the State of Florida.  (<u>See</u> Summons & Complaint.)

       iii.   Defendant Laser Spine Institue, LLC, is a limited liability company organized and incorporated under the laws of Florida, with its principal place of business in Tampa, Florida. (See Complaint.)

c.   As set forth in Plaintiff's Complaint, more than $75,000, exclusive of interest and costs, is in controversy in this action. In particular, Plaintiff is seeking, inter alia, recovery of $75,000.00 for medical treatment he alleges was unnecessary and/or negligent, as well as additional medical expenses incurred, lost income, "other expenses," attorneys' fees, and emotion distress.

3.   This Court would have had original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, if it had originally been brought in this Court. Removal is thus proper under 28 U.S.C. § 1441(a).

4.   Removal of this matter on the basis of diversity jurisdiction is not precluded by 28 U.S.C. § 1441(b) since none of the Defendants is a citizen of the State of Maine, the state in which this action was brought.

5.   This Notice of Removal is timely under 28 U.S.C. § 1446(b) because Plaintiff's Complaint in this action was served on LSI on December 16, 2010 and served on Dr. Prada on January XX, 2011. Since this Notice is being filed within 30 days of Defendants' receipt of Plaintiff's Complaint and within one year of the commencement of the action, removal is timely.

6.   All state-court papers served on Defendants at the time of removal, consisting of the Summons and Complaint, are attached hereto as **Exhibit 1**, as provided by 28 U.S.C. § 1446(a).

7.   Promptly after filing this Notice of Removal, Defendants shall give written notice of the removal to Plaintiff, by and through his counsel, and to the Clerk of the Penobscot County Superior Court, as provided in 28 U.S.C. § 1446(d). A true copy of the Notice to Plaintiff that Action has been Removed and Notice to Clerk of Court of Removal of Civil Action to Federal Court (without exhibits) are attached hereto as **Exhibit 2**.

Dated: January 13, 2011

        /s/ Steven J. Mogul
        Steven J. Mogul, Esq.
        GROSS, MINSKY, & MOGUL, P.A.
        Attorneys for Defendant
        23 Water Street - P.O. Box 917
        Bangor, ME  04402-0917
        Attorneys for Defendants

    /s/ Joseph M. Bethony
GROSS, MINSKY, & MOGUL, P.A.
Attorneys for Defendant
23 Water Street - P.O. Box 917
Bangor, ME  04402-0917
Attorneys for Defendants

Certificate of Service

    I hereby certify that on the 13th day of January, 2011, I electronically filed **DEFENDANTS' NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system.  A copy of the foregoing notice will be sent via regular U.S. Mail to the following:

Timothy A. Pease
Rudman & Winchell
P. O. Box 1401
Bangor, ME 04402-1401
Attorney for Plaintiff

    /s/ Steven J. Mogul
Steven J. Mogul, Esq.
GROSS, MINSKY, & MOGUL, P.A.
Attorneys for Defendant
23 Water Street - P.O. Box 917
Bangor, ME  04402-0917
Attorneys for Defendants