STATE OF MAINE

| SUPERIOR COURT | | DISTRICT COURT |
|---|---|---|
| PENOBSCOT COUNTY, ss. | | Location _____ |
| Docket No. _____ | | Docket No. _____ |

DALE HENDERSON _____ Plaintiff

v.                                            SUMMONS   COPY

LASER SPINE INSTITUTE, LLC _____ Defendant
William Horne, Mgr
3001 N. Rocky Point Dr. E. _____ Address
Suite 380
Tampa, FL 33607

The Plaintiff has begun a lawsuit against you in the (~~District~~) (Superior) Court, which holds sessions at (street address) __78 Exchange Street__, in the ~~Town~~/City of __Bangor__, County of __Penobscot__, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (~~District~~) (Superior) Court, __78 Exchange Street__ (Mailing Address), __Bangor__ (Town, City), Maine __04401__ (Zip) before, or within a reasonable time after, it is served.

## IMPORTANT WARNING

**IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.**

If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

(Seal of Court)

Date: __December 2, 2010__

_____ Clerk

Timothy A. Pease, Esq. (Bar No. 9268)
(Attorney for) Plaintiff
Rudman & Winchell
84 Harlow St., POB 1401 _____ Address
Bangor, ME 04401 _____ Telephone
(207) 947-4501
CV-030, Rev. 09/97