| | |
|---|---|
| STATE OF MAINE<br>PENOBSCOT, SS | SUPERIOR COURT<br>Docket No. CV-10-204 |

DALE HENDERSON,            )
                           )
       Plaintiff           )
                           )     **DEFENDANTS' NOTICE TO**
v.                         )     **CLERK OF COURT OF REMOVAL**
                           )     **OF CIVIL ACTION TO FEDERAL**
LASER SPINE INSTITUTE, et al. )          **COURT**
                           )
       Defendants          )
                           )

TO: Penny Reckards, Clerk of the Penobscot County Superior Court:

PLEASE TAKE NOTICE that Laser Spine Institute, LLC, and Stefan Prada, Defendants in the above-captioned matter, have filed a Notice of Removal with the United States District Court for the District of Maine. Pursuant to 28 U.S.C. § 1446(d), this Court is respectfully requested to proceed no further in this action, unless and until the action is remanded by the United States District Court for the District of Maine.

A true copy of the Notice of Removal filed with the United States District Court pursuant to 28 U.S.C. § 1446(a), (b), is attached and filed with this document. Notice of the Removal has also been given to the Plaintiff, by and through his counsel of record.

This action was removed to the United States District Court for the District of Maine under the authority of 28 U.S.C. § 1446.

Dated: January 13, 2011

_____
Steven J. Mogul, Esq., Bar No. 2905
Joseph M. Bethony, Esq., Bar No. 10015
GROSS, MINSKY & MOGUL, P.A.
23 Water Street - P.O. Box 917
Bangor, Maine 04402-0917
Attorneys for Defendants

Exhibit 2

| | |
|---|---|
| STATE OF MAINE<br>PENOBSCOT, SS | SUPERIOR COURT<br>Docket No. CV-10-204 |

DALE HENDERSON,  )
    Plaintiff  )
                      )
v.  )   **DEFENDANTS' NOTICE TO**
                      )   **PLAINTIFF THAT ACTION**
LASER SPINE INSTITUTE, et al.  )   **HAS BEEN REMOVED**
    Defendants  )

TO: Dale Henderson and to Timothy A. Pease, his Attorney of Record:

PLEASE TAKE NOTICE that Laser Spine Institute, LLC and Stefan Prada, Defendants in the above-captioned matter, have filed a Notice of Removal with the United States District Court for the District of Maine.

A true copy of the Notice of Removal, filed using the CM/ECF system on January 13, 2010, is attached hereto. A copy of the foregoing notice is also being provided to the Clerk of the Penobscot County Superior Court.

The removal of this action was authorized by 28 U.S.C. § 1446 and, on the filing of a copy of the Notice of Removal with the Clerk of the Penobscot County Superior Court for the State of Maine, the Penobscot County Superior Court is precluded from any further proceedings in this action unless and until the action is remanded back from the United States District Court.

Dated: January 13, 2011

                                        _____
                                        Steven J. Mogul, Esq., Bar No. 2905
                                        Joseph M. Bethony, Esq., Bar No. 10015
                                        GROSS, MINSKY & MOGUL, P.A.
                                        23 Water Street - P.O. Box 917
                                        Bangor, Maine 04402-0917
                                        Attorneys for Defendants