# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DALE HENDERSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:10-cv-00015 |
| ) | |
| LASER SPINE INSTITUTE, LLC, et al. ) | |
| ) | |
| Defendants ) | |

## STIPULATION OF DISMISSAL

Now come the parties, by and through their respective attorneys, and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), hereby stipulate that the above captioned matter be, and hereby is, dismissed with prejudice and without costs to either party.


Dated:     9/11/12                    /s/ Steven J. Mogul
                                      Steven J. Mogul, attorney for Defendants,
                                      LASER SPINE INSTITUTE and
                                      STEFAN PRADA, M.D.


Dated:     9/06/12                    /s/ Gary Goldberg
                                      Gary Goldberg, attorney for Plaintiff,
                                      DALE HENDERSON

Certificate of Service

      I hereby certify that on the 11th day of September, 2012, I electronically filed the Stipulation of Dismissal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:  Timothy A. Pease, Paul W. Chaiken and Gary Goldberg.

    /s/ Steven J. Mogul
Steven J. Mogul, Esq.
GROSS, MINSKY, & MOGUL, P.A.
Attorneys for Defendant
23 Water Street - P.O. Box 917
Bangor, ME  04402-0917